[No. 24823-5-I. Division One. April 1, 1991.]

*In the Matter of the Marriage of* DEBRA JENNESS, *Appellant, and* RICHARD JENNESS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-3-05754-6, Jim Bates, J., entered July 19, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield, J., Kennedy, J., dissenting.

[No. 25533-9-I. Division One. April 1, 1991.]

KENT HIGHLANDS, INC., ET AL, *Respondents,* v. ENVIRONMENTAL RESEARCH AND DEVELOPMENT CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-06821-3, Arthur E. Piehler, J., entered February 1, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 12055-1-II. Division Two. April 2, 1991.]

SON K. NGUYEN, *as Personal Representative,* ET AL, *Appellants,* v. HOLROYD COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-02330-1, J. Kelley Arnold, J., entered May 27, 1988. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J. Pro Tem.